UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Kym S. Cushing<br>Attorney at Law, Bar No. 4242 | Case No.: 2:20-cv-00387-MMD<br><br>ORDER OF SUSPENSION |

This is an attorney discipline matter. On October 6, 2021, the Court ordered that Kym S. Cushing, Attorney at Law, Bar No. 4242, file a supplemental response as to why Attorney Cushing should not be reciprocally suspended by this Court. (ECF No. 10.) That order warned Attorney Cushing that the Court would issue a reciprocal suspension order on October 12, 2021, if Attorney Cushing did not file a supplement by October 8, 2021. (*Id.* at 2.) Attorney Cushing did not file a timely supplement. A reciprocal order of suspension is thus warranted.

It is therefore ordered that Kym S. Cushing, Attorney at Law, Bar No. 4242, is suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 12th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 12th day of October 2021, I caused to be served a true and correct copy of the foregoing Order to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Kym S. Cushing
> 24 Hummingbird Way
> Henderson, NV 89014

Certified Mail No.: 7019 2970 0000 1120 4726

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada